IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON L. BROWN,<br>  Plaintiff,<br><br>v.<br><br>GBM 1037, LLC (TACO BELL<br>FRANCHISE), *et al.*,<br>  Defendant. | :<br>:<br>:<br>: **CIVIL ACTION NO. 19-CV-2133**<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 30th day of May, 2019, upon consideration of Plaintiff Jason L. Brown's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons discussed in the Court's Memorandum. Brown's claims pursuant to 18 U.S.C. § 1589, his First Amendment claims pursuant to 42 U.S.C. § 1983, and any claims under 42 Pa. Cons. Stat § 8553 are **DISMISSED with prejudice.** However, Brown is given leave to file an amended complaint in the event he can allege any facts supporting a legitimate claim for employment discrimination under federal law.

4. Brown may file an amended complaint within thirty (30) days of the date of this Order only in the event he can allege any facts supporting a legitimate claim for employment discrimination under federal law. Any amended complaint must identify all defendants in the caption of the amended complaint and must clearly state the factual basis for Brown's claims against each defendant. If he chooses to file an amended complaint, Brown should be mindful of

the Court's reasons for dismissing his initial complaint. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. If Brown fails to file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

6. Brown is put on notice that if he files an amended complaint and his amended complaint contains baseless claims, he may be subject to restrictions on his ability to file *in forma pauperis*.

**BY THE COURT:**

_____
**PETRESE B. TUCKER, J.**